IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM A. FORMANACK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER OF DISMISSAL |
| Jo Anne B. Barnhart, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the Motion to Dismiss, filing 53, is granted, and this action is dismissed without prejudice for failure to prosecute the claim set out in the plaintiff's complaint.

    Dated September 25, 2007.

                      BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge